| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Yuri Voronin, SBN 206325<br>LAW OFFICES OF YURI VORONIN<br>14011 Ventura Boulevard, Suite 212W<br>Sherman Oaks, CA 91423<br>(818) 906-9900 / (818) 906-9904 (Fax)<br>yvoronin@lawyer.com<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* TOYOTA MOTOR CREDIT CORPORATION | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>VICENTE M. GARRIDO & MARIA R. GARRIDO, Debtor(s); ROD DANIELSON, Trustee<br><br>Debtor(s). | CHAPTER: 13<br>CASE NO.: 6:08-22889-PC<br>DATE: 10/1/09<br>TIME: 9:30 a.m.<br>CTRM: 304<br>FLOOR: 3RD |

# NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations)
**(MOVANT:** TOYOTA MOTOR CREDIT CORPORATION **)**
**(Personal Property)**

1. NOTICE IS HEREBY GIVEN to the Debtor(s) and Trustee (if any)("Responding Parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate on the grounds set forth in the attached Motion.

2. **Hearing Location:**  ☐ 255 East Temple Street, Los Angeles  ☐ 411 West Fourth Street, Santa Ana
   ☐ 21041 Burbank Boulevard, Woodland Hills  ☐ 1415 State Street, Santa Barbara
   ☒ 3420 Twelfth Street, Riverside

3. a. ☒ This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this Motion.

   b. ☐ This Motion is being heard on SHORTENED TIME. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served:

   ☐ at the hearing   ☐ at least _____ court days before the hearing.

   (1) ☐ A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).

   (2) ☐ A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court.

   (3) ☐ A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4. You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response *(Optional Court Form F 4001-1M.RES)*, or you may prepare your response using the format required by Local Bankruptcy Rule 9004-1 and the Court Manual

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 4001-1M.PP**

Motion for Relief from Stay (Personal Property) - *Page 2 of* ___    **F 4001-1M.PP**

| In re    (SHORT TITLE) <br> VICENTE M. GARRIDO & MARIA R. GARRIDO, Debtor(s); ROD DANIELSON, Trustee Debtor(s). | CHAPTER: 13 <br> CASE NO.: 6:08-22889-PC |
|---|---|

5. If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: 9/1/09

LAW OFFICES OF YURI VORONIN
*Print Law Firm Name (if applicable)*

Yuri Voronin, Esq.                             /S/-Yuri Voronin, Esq.
*Print Name of Individual Movant or Attorney for Movant*     *Signature of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                    **F 4001-1M.PP**

| In re (SHORT TITLE)<br>VICENTE M. GARRIDO & MARIA R. GARRIDO, Debtor(s); ROD DANIELSON, Trustee<br>Debtor(s). | CHAPTER: 13<br>CASE NO.: 6:08-22889-PC |
|---|---|

## MOTION FOR RELIEF FROM STAY
**(MOVANT:** TOYOTA MOTOR CREDIT CORPORATION **)**

1. **The Property at Issue:** Movant moves for relief from the automatic stay with respect to the following personal property (the "Property"):

   ☒ Vehicle *(describe year, manufacturer, type, and model)*: 2009 Scion xB Sport Wagon

   *Vehicle Identification Number:* JTLKE50E091064893
   *Location of vehicle (if known):*

   ☐ Equipment *(describe manufacturer, type, and characteristics)*:

   *Serial number(s):*
   *Location (if known):*

   ☐ Other Personal Property *(describe type, identifying information, and location)*:

2. **Case History:**
   a. ☒ A voluntary ☐ An involuntary petition under Chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13
      was filed on *(specify date)*: 9/23/08
   b. ☐ An Order of Conversion to Chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13
      was entered on *(specify date)*:
   c. ☒ Plan was confirmed on *(specify date)*: 1/12/09
   d. ☐ Other bankruptcy cases affecting this Property have been pending within the past two years. See attached Declaration.

3. **Grounds for Relief from Stay:**
   a. ☒ Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant the requested relief from stay as follows:
      (1) ☒ Movant's interest in the Property is not adequately protected.
         (a) ☒ Movant's interest in the collateral is not protected by an adequate equity cushion.
         (b) ☒ The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.
         (c) ☒ No proof of insurance re Movant's collateral has been provided to Movant, despite borrower(s)'s obligation to insure the collateral under the terms of Movant's contract with Debtor(s).
         (d) ☐ Payments have not been made as required by an Adequate Protection Order previously granted in this case.
      (2) ☐ The bankruptcy case was filed in bad faith to delay, hinder or defraud Movant.
         (a) ☐ Movant is the only creditor or one of very few creditors listed on the master mailing matrix.
         (b) ☐ The Property was transferred to Debtor(s) either just before the bankruptcy filing or since the filing.
         (c) ☐ Non-individual entity was created just prior to bankruptcy filing for the sole purpose of filing bankruptcy.
         (d) ☐ Other bankruptcy cases have been filed asserting an interest in the same Property.
         (e) ☐ The Debtor(s) filed what is commonly referred to as a "face sheet" filing of only a few pages consisting of the Petition and a few other documents. No Schedules or Statement of Affairs (or Chapter 13 Plan, if appropriate) has been filed.

*(Continued on next page)*

| In re | CHAPTER: 13 |
|---|---|
| (SHORT TITLE)<br>VICENTE M. GARRIDO & MARIA R. GARRIDO, Debtor(s); ROD DANIELSON, Trustee<br>Debtor(s). | CASE NO.: 6:08-22889-PC |

    (3) ☒ *(Chapter 12 or 13 cases only)*

        (a) ☐ Postconfirmation plan payments have not been made to the standing trustee.

        (b) ☒ Postconfirmation payments required by the confirmed plan have not been made to Movant.

    (4) ☐ The lease has been rejected or deemed rejected by operation of law.

    (5) ☐ For other cause for relief from stay, see attached continuation page.

  b. ☒ Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor(s) has/have no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

4. ☐ Movant also seeks annulment of the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached Declaration(s).

5. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*

  a. ☒ Movant submits the attached Declaration(s) on the Court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.

  b. ☐ Movant submits the attached supplemental Declaration(s) under penalty of perjury, to provide additional admissible evidence in support of this Motion.

  c. ☐ Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _____.

  d. ☐ Other evidence *(specify):*

6. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following** *(specify forms of relief requested)*:

1. ☒ Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to repossess and sell the Property.

2. ☐ Annulment of the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached Declaration(s).

3. Additional provisions requested:

  a. ☒ That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

  b. ☒ That the 10-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived.

  c. ☐ That Extraordinary Relief be granted as set forth in the Attachment *(attach Optional Court Form F 4001-1M.ER)*.

  d. ☐ For other relief requested, see attached continuation page.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 4001-1M.PP

| In re (SHORT TITLE) <br> VICENTE M. GARRIDO & MARIA R. GARRIDO, Debtor(s); ROD DANIELSON, Trustee <br> Debtor(s). | CHAPTER: 13 <br> CASE NO.: 6:08-22889-PC |
|---|---|

4. If relief from stay is not granted, Movant respectfully requests the Court to order adequate protection.

Dated: 9/1/09

Respectfully submitted,

TOYOTA MOTOR CREDIT CORPORATION
*Movant Name*

LAW OFFICES OF YURI VORONIN
*Firm Name of Attorney for Movant (if applicable)*

By: _____/S/-Yuri Voronin, Esq._____
*Signature*

Name: Yuri Voronin, Esq.
*Typed Name of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 4001-1M.PP**

| In re (SHORT TITLE) | CHAPTER: 13 |
|---|---|
| VICENTE M. GARRIDO & MARIA R. GARRIDO, Debtor(s); ROD DANIELSON, Trustee Debtor(s). | CASE NO.: 6:08-22889-PC |

# PERSONAL PROPERTY DECLARATION
## (MOVANT: TOYOTA MOTOR CREDIT CORPORATION )

I, CHERYL NISHIMURA_____ , declare as follows:
*(Print Name of Declarant)*

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding Movant's interest in the personal Property that is the subject of this Motion ("Property") because *(specify)*:

    ☐ I am the Movant and owner of the Property.

    ☐ I manage the Property as the authorized agent for the Movant.

    ☒ I am employed by the Movant as *(state title and capacity)*: AP ADMIN

    ☐ Other *(specify)*:

2. I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to loans, leases, or extensions of credit given to Debtor(s) concerning the Property. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

3. The Property that is the subject of this Motion is:

    ☒ Vehicle *(describe manufacturer, type, model, and year)*: 2009 Scion xB Sport Wagon

    *Vehicle Identification Number:* JTLKE50E091064893
    *Location of vehicle (if known):*

    ☐ Equipment *(describe manufacturer, type, and characteristics)*:

    *Serial number(s):*
    *Location (if known):*

    ☐ Other Personal Property *(describe type, identifying information, and location)*:

4. Debtor(s) ☐ listed the Property on Schedule B ☐ did not list the Property on Schedule B.

5. The nature of Debtor's(s') interest in the Property is:
    a. ☐ Sole owner
    b. ☐ Co-owner
    c. ☐ Lessee
    d. ☒ Other *(specify)*: BUYERS.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009 **F 4001-1M.PP**

Motion for Relief from Stay (Personal Property) - *Page 7 of* ____  **F 4001-1M.PP**

| In re (SHORT TITLE) <br> VICENTE M. GARRIDO & MARIA R. GARRIDO, Debtor(s); ROD DANIELSON, Trustee Debtor(s). | CHAPTER: 13 <br> CASE NO.: 6:08-22889-PC |
|---|---|

6. The lease was rejected on _____ *(specify date)*:
    a. ☐ by operation of law.
    b. ☐ by Order of the Court.

7. Movant has a perfected security interest in the Property.

    a. The Property is a motor vehicle, boat, or other property for which a Title Certificate is provided for by state law. True and correct copies of the following items are attached to this Motion:
        (1) ☒ Certificate of Title *("Pink Slip")* attached as Exhibit _1_____.
        (2) ☐ Vehicle or other Lease Agreement attached as Exhibit _____.
        (3) ☒ Security Agreement attached as Exhibit _2_____.
        (4) ☐ Other evidence of perfection attached as Exhibit _____.

    b. The Property is equipment, intangibles, or other personal property for which a Title Certificate is not provided for by state law. True and correct copies of the following items are attached:
        (1) ☐ Security Agreement attached as Exhibit _____.
        (2) ☐ UCC-1 Financing Statement attached as Exhibit _____, as recorded on *(specify date)*:
        (3) ☐ UCC Financing Statement search results attached as Exhibit _____.
        (4) ☐ Results of search of recorded or filed leases attached as Exhibit _____.
        (5) ☐ Other evidence of perfection of a security interest attached as Exhibit _____.

    c. The Property is consumer goods. True and correct copies of the following items are attached:
        (1) ☐ Credit Application attached as Exhibit _____.
        (2) ☐ Purchase Agreement attached as Exhibit _____.
        (3) ☐ Account Statement showing payments made and balance due attached as Exhibit _____.
        (4) ☐ Other evidence of perfection of a security interest *(if necessary under state law)* attached as Exhibit _____.

    d. ☐ Other liens against the Property are set forth on the attached continuation page.

8. Status of Movant's debt:

    a. A true and correct copy of the promissory note or other document that evidences the debt owed by Debtor(s) to Movant is attached as Exhibit _2_____.
    b. Amount of current monthly payment: $ 447.63
    c. Number of payments that have come due and were not made: 6
    d. Last payment received on *(specify date)*: 8/19/09

9. Attached hereto as Exhibit _3_____ is a true and correct copy of a POSTPETITION payment history that accurately reflects the dates and amounts of all payments made by the Debtor(s) since the petition date.

10. Amount of Movant's debt:

    a. Principal:                                                          $ _____21,546.91_____
    b. Accrued Interest:                                                   $ _____
    c. Costs (Attorney's Fees, Late Charges, Other Costs):                 $ _____44.76_____
    d. Advances (Property Taxes, Insurance):                               $ _____
    e. TOTAL CLAIM as of _8/31/09_____                       :        $ _____21,591.67_____

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 4001-1M.PP**

| In re (SHORT TITLE)<br>VICENTE M. GARRIDO & MARIA R. GARRIDO, Debtor(s); ROD DANIELSON, Trustee<br>Debtor(s). | CHAPTER: 13<br>CASE NO.: 6:08-22889-PC |
|---|---|

f.  Future payments due by time of anticipated hearing date *(if applicable)*: 9/5/09
An additional payment of $ 447.63 _____ will come due on 10/5/09 _____, and on the 5TH ___ day of each month thereafter. If the payment is not received by the _____ day of the month, a late charge of $_____ would be due under the terms of the loan.

11. ☐ *(Chapter 7 and 11 cases only)* The fair market value of the Property is: $_____. This valuation is based upon the following supporting evidence:

   a.  ☐ This is the value indicated for collateral of this year, make, model, and general features in the reference guide most commonly used source for valuation data used by Movant in the ordinary course of its business for determining the value of this type of collateral. True and correct copies of the relevant excerpts of the most recent edition are attached as Exhibit 4_____.

   b.  ☐ This is the value determined by an appraisal or other expert evaluation. A true and correct copy of the expert's report or declarations attached as Exhibit _____.

   c.  ☐ Debtor's(s') admissions in the Schedules filed in the case. A true and correct copy of the relevant portions of the Debtor's(s') Schedules are attached as Exhibit _____.

   d.  ☐ Other basis for valuation *(specify)*: See attached Supplemental Declaration of Cheryl Nishimura.

**NOTE:** *If valuation is contested, supplemental declarations providing additional foundation for the opinions of value should be submitted.*

12. Calculation of equity in Property:

   a.  By subtracting the total amount of all liens from the value of the Property as set forth in Paragraph 11 above, I calculate that the Debtor's(s') equity in the Property is $_____ (§ 362(d)(2)(A)).

   b.  I calculate that the value of the "equity cushion" in the Property exceeding Movant's debt and any lien(s) senior to Movant is $_____ (§ 362(d)(1)).

13. ☒ The fair market value of the Property is declining based on/due to: Debtors' use. _____

14. ☒ *(Chapter 12 or 13 cases only)* Chapter 12 or 13 case status information:

   a.  341(a) Meeting currently scheduled for (or concluded on) the following date:
       Confirmation hearing currently scheduled for (or concluded on) the following date:
       Plan confirmed at hearing on the following date *(if applicable)*: 1/12/09

   b.  Postpetition/preconfirmation payments due BUT REMAINING UNPAID since the filing of the case:

       (Number of) _____ payment(s) due at $_____ each = $_____
       (Number of) _____ payment(s) due at $_____ each = $_____
       (Number of) _____ late charge(s) at $_____ each = $_____
       (Number of) _____ late charge(s) at $_____ each = $_____

   c.  Postpetition/preconfirmation advances or other charges due but unpaid:    $_____
       (See attachment for details of type and amount.)

       **TOTAL POSTPETITION/PRECONFIRMATION DELINQUENCY:**   $_____

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                              F 4001-1M.PP

| In re                              (SHORT TITLE) | CHAPTER: 13 |
|---|---|
| VICENTE M. GARRIDO & MARIA R. GARRIDO, Debtor(s); ROD DANIELSON, Trustee Debtor(s). | CASE NO.: 6:08-22889-PC |

d. Postconfirmation/payments due BUT REMAINING UNPAID since plan confirmation *(if applicable)*:

    (Number of) __3__ payment(s) due at $_____447.63_____ each = $_____1,342.89_____
    (Number of) __1__ payment(s) due at $_____425.25_____ each = $_____425.25_____
    (Number of) _____ late charge(s) at $_____ each = $_____
    (Number of) _____ late charge(s) at $_____ each = $_____

e. Postconfirmation advances or other charges due but unpaid:                    $_____
   (See attachment for details of type and amount.)

   **TOTAL POSTCONFIRMATION DELINQUENCY:**                                     $__1,768.14_____

f. ☐ The claim is provided for in the Chapter 12 or 13 Plan. Plan payment history is attached as Exhibit _____.

g. ☐ See attached Declaration(s) of Chapter 12 or 13 Trustee regarding receipt of payments under the plan *(attach Court Form F 4001-1M.13)*.

15. ☒ Movant has not been provided with evidence that the Property is currently insured, as required under the terms of the loan.

16. ☐ Movant seeks annulment of the automatic stay so that the filing of the bankruptcy petition does not affect any and all of the enforcement actions that were taken after the filing of the bankruptcy petition in this case.

    a. ☐ These actions were taken by Movant without knowledge of the bankruptcy filing, and Movant would have been entitled to relief from stay to proceed with these actions.

    b. ☐ For other facts justifying annulment, see attached continuation page.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on** September 1, 2009, **at** Torrance, CA _____ *(city, state)*.

CHERYL NISHIMURA
*Print Declarant's Name*

*Signature of Declarant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                     **F 4001-1M.PP**

TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ AND FOLLOW INSTRUCTIONS ON REVERSE SIDE
SECTIONS A-J MUST BE COMPLETED IN FULL    PRINT IN CAPITAL LETTERS – USE BLACK OR BLUE INK

**NOTICE OF TRANSFER AND RELEASE OF LIABILITY**

MAIL THIS FORM TO DMV

A NEW OWNER'S LAST NAME (OR) COMPANY NAME    FIRST

B NEW OWNER'S ADDRESS    APT NUMBER    C ODOMETER READING (NO TENTHS)

D CITY    STATE    ZIP CODE    E DATE OF SALE OR LEASE RETURN

F SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME    FIRST    G SELLING PRICE NO CENTS/WHOLE DOLLARS

H SELLER'S OR LESSEE'S ADDRESS    APT NUMBER    I SELLER'S OR LESSEE'S SIGNATURE
X

J CITY    STATE    ZIP CODE

VEHICLE ID NUMBER    YR MODEL    MAKE    PLATE NUMBER
JTLKE50E091064893    2009    TOYT    6FDL667

REG 138A (REV. 8/2007)

---

**STATE OF CALIFORNIA**

**CERTIFICATE OF TITLE**    VEHICLE HISTORY

17308080514

**AUTOMOBILE**

VEHICLE ID NUMBER    YR MODEL    MAKE    PLATE NUMBER
JTLKE50E091064893    2009    TOYT    6FDL667

BODY TYPE MODEL: HB    UNLADEN WEIGHT    FUEL: G    TRANSFER DATE    FEES PAID: $288    REGISTRATION EXPIRATION DATE: 06/22/2009

YR 1ST SOLD: 2008    CLASS: EX    YR    MO: PV    EQUIPMT/TRUST NUMBER    ISSUE DATE: 08/15/08

MOTORCYCLE ENGINE NUMBER    ODOMETER DATE: 06/21/2008    ODOMETER READING: 55 MI
ACTUAL MILEAGE

REGISTERED OWNER(S)
GARRIDO VICENTE M
OR GARRIDO MARIA
8722 BARTON ST
RIVERSIDE CA 92508

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. ___DATE___ X ___SIGNATURE OF REGISTERED OWNER___

1b. ___DATE___ X ___SIGNATURE OF REGISTERED OWNER___

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads _____ (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING    ☐ Odometer reading is not the actual mileage    ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)
TOYOTA MTR CRDT CORP
PO BX 105386
ATLANTA
GA 30348

2. X ___
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date ___

CA112917323
020184    REG. 17.30RS (REV.7/07)

KEEP IN A SAFE PLACE - VOID IF ALTERED

EXHIBIT 1

# RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE

Dealer Number: 04333  Contract Number: _____  R.O.S. Number: 22222564  Stock Number: 0900415

| Buyer Name and Address | Co-Buyer Name and Address | Creditor-Seller (Name and Address) |
|---|---|---|
| VICENTE M GARRIDO<br>8722 BARTON ST<br>RIVERSIDE CA 92508<br>RIVERSIDE | MARIA GARRIDO<br>8722 BARTON ST<br>RIVERSIDE CA 92508<br>RIVERSIDE | TOYOTA OF REDLANDS<br>921 NEW YORK STREET<br>REDLANDS CA 92374<br>SAN BERNARDINO |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor-Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2009 | TOYOTA SCION XB | 55 | JTLKE50E091064893 | ☑ personal, family or household<br>☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| 16.65 % | $12931.11 (e) | $20641.14 | $33572.25 (e) | $37572.25 (e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of N/A | N/A | N/A |
| 74 Payments | 447.63 | Monthly Beginning 08/05/2008 |
| Payments | N/A | Monthly Beginning |
| One Final Payment | 447.63 | DUE ON 10/05/2014 |

### STATEMENT OF INSURANCE

NOTICE: No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

**Vehicle Insurance**
$2000.00

### ITEMIZATION OF THE AMOUNT FINANCED

1. Total Cash Price
   A. Cash Price of Motor Vehicle and Accessories  20697.00
      1. Cash Price Vehicle  20697.00
      2. Cash Price Accessories  N/A
      3. Other  N/A
   B. Document Preparation Fee  55.00
   C. Smog Fee Paid to Seller  N/A
   D. (Optional) Theft Deterrent Device ALARM  595.00
   ...
   Sales Tax  1654.39
   Optional Electronic Filing Fee  28.00
   L. (Optional) Service Contract TOYOTA AUTO CARE  1400.00
   
   Total Cash Price  24429.39

2. Amounts Paid to Public Officials
   A. License Fees  138.00
   B. Registration/Transfer/Titling Fees  65.00
   C. California Tire Fees  8.75
   D. Other  N/A
   Total Official Fees  211.75

3. Amount Paid to Insurance Companies  N/A

4. Smog Certification or Exemption Fee Paid to State  N/A

5. Subtotal  24641.14

6. Total Downpayment
   A. Agreed Trade-in Value 2004 DODGE TRUC  8000.00
      Model 1D7HA18D84S774760
      Less Prior Credit or Lease Balance  4000.00
      Net Trade  4000.00
   G. Cash  4000.00
   Total Downpayment  4000.00

7. Amount Financed (5 less 6)  20641.14

### AUTO BROKER FEE DISCLOSURE
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:
☐ Name of autobroker receiving fee, if applicable: N/A

Buyer Signature: [signed] 06/21/08
Co-Buyer Signature: [signed] 06/21/08

Seller: TOYOTA OF REDLANDS  Date: 06/21/08  By: GILBERT J. YGLESIAS, F&I MNGR

ORIGINAL LIENHOLDER

PRINTED COPY

EXHIBIT 2

**OTHER IMPORTANT AGREEMENTS**

1. **FINANCE CHARGE AND PAYMENTS**
   a. How we will figure Finance Charge.
   b. How we will apply payments.
   c. How late payments or early payments change what you must pay.
   d. You may prepay.

2. **YOUR OTHER PROMISES TO US**
   a. If the vehicle is damaged, destroyed, or missing.
   
   GAP LIABILITY NOTICE
   
   b. Using the vehicle.
   c. Security interest.
   d. Insurance you must have on the vehicle.
   e. What happens to returned insurance, maintenance, service, or other contract charges.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. You may owe late charges.
   b. You may have to pay all you owe at once.
   c. You may have to pay collection costs.
   d. We may take the vehicle from you.
   e. How you can get the vehicle back if we take it.
   f. We will sell the vehicle if you do not get it back.
   g. What we may do about optional insurance, maintenance, service, or other contracts.

4. **WARRANTIES SELLER DISCLAIMS**

5. **Used Car Buyers Guide.**
   Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **Applicable Law**

7. **Warranties of Buyer.**

CREDIT DISABILITY INSURANCE NOTICE
CLAIM PROCEDURE

Seller's Right to Cancel

**ARBITRATION CLAUSE**
**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

Toyota of Redlands

PRINTED COPY



EXHIBIT 2

## POST-PETITION ACCOUNT HISTORY




EXHIBIT 3

| Customer Name: | Maria & Vicente Garrido |
|---|---|
| Customer Account Number: | |
| Vehicle: | 2009 Scion XB |
| Today's Date | 8/6/2009 |
| BK Filing Date: | 09/23/08 |
| Monthly Payment Amount: | $447.63 |
| Payment Due Date: | 5th |
| Post-Petition Months Past Due: | 4/5/09-8/5/09 |
| Post-Petition Amount Past Due: | $ 2,215.77 |
| Total Amount Past Due: | $ 3,155.79 |

| Post-Petition Payment No. | Post-Petition Due Date | Date Paid | Payment Amount Assessed | Amount Received Towards Payment | Amt. of Shortage or Overage |
|---|---|---|---|---|---|
| 1 | 10/05/08 | 11/21/08 | $ 447.63 | $ 447.63 | $0.00 |
| 2 | 11/05/08 | 12/30/08 | $ 447.63 | $ 447.63 | $0.00 |
| 3 | 12/05/08 | 02/25/09 | $ 447.63 | $ 447.63 | $0.00 |
| 4 | 01/05/09 | 03/25/09 | $ 447.63 | $ 447.63 | $0.00 |
| 5 | 02/05/09 | 04/23/09 | $ 447.63 | $ 447.63 | $0.00 |
| 6 | 03/05/09 | 06/15/09 | $ 447.63 | $ 470.01 | $22.38 |
| 7 | 04/05/09 | 5/19/09 | $ 447.63 | 447.63 | 0 |
| 8 | 05/05/09 | | $ 447.63 | | ($447.63) |
| 9 | 06/05/09 | | $ 447.63 | | ($447.63) |
| 10 | 07/05/09 | | $ 447.63 | | ($447.63) |
| 11 | 08/05/09 | | $ 447.63 | | ($447.63) |
| | | | $ 4,923.93 | $ 3,155.79 | (1,768.14) |

| Pre-Petition Arrears | |
|---|---|
| Months Past Due: | 8/5/08- 9/5/08 |
| Amount Past Due | $ 895.26 |
| Repossession Fee: | |
| Late Fees: | $ 44.76 |
| Other Fees: | $ - |
| Total Pre-Petition Default | $ 940.02 |

| Post-Petition Arrears | |
|---|---|
| Months Past Due: | 5/5/09-8/5/09 |
| Amount Past Due: | $ 1,768.14 |
| Reposession Fees: | $ - |
| Other Fees: | $ - |
| Total Post-Petition Default | $ 1,768.14 |

| In re (SHORT TITLE)<br>VICENTE M. GARRIDO & MARIA R. GARRIDO, Debtor(s); ROD DANIELSON, Trustee<br>Debtor(s). | CHAPTER: 13<br>CASE NO.: 6:08-22889-PC |
|---|---|

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

14011 VENTURA BLVD., SUITE 212W, SHERMAN OAKS, CA 91423

A true and correct copy of the foregoing document described as NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On ___9/1/09___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/1/09 | FELICITY MORALES | /s/ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                **F 4001-1M.PP**

| In re (SHORT TITLE) | CHAPTER: 13 |
|---|---|
| VICENTE M. GARRIDO & MARIA R. GARRIDO, Debtor(s); ROD DANIELSON, Trustee Debtor(s). | CASE NO.: 6:08-22889-PC |

**ADDITIONAL SERVICE INFORMATION** (if needed):

DEBTOR(S)
Vicente M. Garrido
Maria R. Garrido
8722 Barton Street
Riverside, CA 92508

DEBTOR'S COUNSEL
Gregory J. Doan
25401 Cabot Road, Ste 119
Laguna Hills, CA 92653

CHAPTER 13 TRUSTEE
Rod Danielson
4361 Latham Street, Suite 270
Riverside, CA 92501

U.S. TRUSTEE
United States Trustee
3685 Main Street, Suite 300
Riverside, CA 92501

JUDGE
Hon. Peter Carroll
U.S. Bankruptcy Court
3420 Twelfth Street
Suite 365
Riverside, CA 92501-3819

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 4001-1M.PP